E. SCOTT HOLBROOK, JR., BAR NO. 143721
CRAWFORD & BANGS, LLP
1290 E. Center Court Drive, Suite 100
Covina, CA 91724-3600
Telephone (626) 915-1641, Ext 207
Direct Dial (626) 858-4207
E-Mail: sholbrook@builderslaw.com
File No. 5174.01

Attorneys for Plaintiff, Cornerstone Detention Products Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNERSTONE DETENTION PRODUCTS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, et al.<br><br>Defendants. | NO. 5:20-cv-02350-JGB (SHKx)<br><br>VOLUNTARY DISMISSAL OF CASE AND ORDER FOR DISMISSAL |

Plaintiff, Cornerstone Detention Products, Inc., Defendant, Westchester Fire Insurance Company and Defendant, Travelers Casualty & Surety Company of America through their designated counsel hereby stipulate to the dismissal of this action based on a settlement that has been reached, the above-referenced action is voluntarily dismissed in its entirety pursuant of Civil Procedure, Rule 41(a) *with prejudice* as to defendant Westchester Fire Insurance Company and *without prejudice* as to Defendant Travelers Casualty & Surety Company of America and pursuant to the Settlement Agreement entered into between the parties have stipulated that this matter may be dismissed.

/ / /

/ / /

5174.01

- 1 -

VOLUNTARY DISMISSAL OF CASE AND ORDER FOR DISMISSAL

| | |
|---|---|
| DATED: 4-29-21 | CRAWFORD & BANGS LLP<br><br>By: _____<br>E. SCOTT HOLBROOK, JR.<br>Attorney For Plaintiff, Cornerstone Detention Products, Inc. |
| DATED: 5/3/21 | MICHAEL D. GERMAIN<br><br>By: _____<br>ROGERS NEMETH GERMAIN PC<br>Attorney For Defendant, Travelers Casualty & Surety Company of America |
| DATED: 4/29/21 | WATT, TIEDER, HOFFAR & FITZGERALD<br><br>By: _____<br>ROBERT C. SHAIA<br>Attorney For Defendant, Westchester Fire Insurance Company |

**IT IS HEREBY ORDERED** that pursuant to the Parties' Stipulation and for good cause, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice as to defendant Westchester Fire Insurance Company and without prejudice as to Defendant Travelers Casualty & Surety Company of America.

Dated: May 28, 2021

_____
HONORABLE JESUS G. BERNAL

5174.01

- 2 -

VOLUNTARY DISMISSAL OF CASE AND ORDER FOR DISMISSAL